IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                  Case No. 1:18cr19-AW/GRJ

KEVIN JUWAUN EDWARDS,

         Defendant.
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, ECF No. 81, to which there has been no timely objection, and subject to this Court's consideration of the plea agreement pursuant to Federal Rule of Criminal Procedure 11, the plea of Guilty of the Defendant to Counts One, Two and Three of the Indictment against him is hereby **ACCEPTED**. All parties shall appear before the Court for sentencing as directed.

SO ORDERED on July 15, 2019.

                                           /s/ *Allen Winsor*
                                           United States District Judge